Certificate Number: 01401-MIW-DE-008229154

Bankruptcy Case Number: 09-08390

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 2, 2009 , at 11:32 o'clock PM EDT ,

Dionna Johnson completed a course on personal financial

management given by internet by

GreenPath, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Western District of Michigan .

Date: September 2, 2009

By    /s/Holli Bratt

Name  Holli Bratt

Title  Counselor